(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of North Carolina** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hardee, Arthur Kenneth | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Hardee, Mary Frances Joyner |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 4921 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 6635 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>947 Trueblood Rd<br>Halifax, NC 27839 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>947 Trueblood Rd<br>Halifax, NC 27839 |
| County of Residence or of the<br>Principal Place of Business:　　Halifax | County of Residence or of the<br>Principal Place of Business:　　Halifax |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s)　　　　　　☐ Railroad | | ☐ Chapter 7　　☐ Chapter 11　　☑ Chapter 13 |
| ☐ Corporation　　　　　　☐ Stockbroker | | ☐ Chapter 9　　☐ Chapter 12 |
| ☐ Partnership　　　　　　☐ Commodity Broker | | ☐ |
| ☐ Other _____　　☐ Clearing Bank | | |

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business　　☐ Business

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy 2005 ©1991-2005, New Hope Software, Inc., ver. 3.9 [64.5b - 31.5 1]

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Arthur Kenneth Hardee & Mary Frances Joyner Hardee |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Arthur Kenneth Hardee_
Signature of Debtor

X _Mary Frances Joyner Hardee_
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

05/10/2005
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

H. FRANK ALLEN, ATTORNEY
Printed Name of Attorney for Debtor(s)

H. Frank Allen, Attorney at Law
Firm Name

PO Box 1258
Address

Tarboro, NC 27886
_____

252-641-1800
Telephone Number

05/10/2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  05/10/2005
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Form 7
(10/05)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF NORTH CAROLINA

In Re   Arthur Kenneth Hardee & Mary Frances Joyner Hardee     Case No.             
(Name)         Debtor                (if known)

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

#### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE (if more than one)

2005(db) 10,456.00     American General

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2004(db) 30,000.00 | American General |
| 2003(db) 30,500.00 | American General |

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2005(jdb)11,000.00 | Wilson Co School |
| 2004(jdb)33,000.00 | Wilson Co. School |
| 2003(jdb)31,000.00 | Wilson Co. School |

**2.   Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.   Payments to Creditors**

None
☒

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citibank vs A. Kenneth Hardee 04-CVD-1428 | | District Court | Judgment |

None
☒ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Citizens Bank 480 Jefferson Blvd Warwick, RI 02886 | December 2004 | 2001 Ford Escape $7,000.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver. 3.9.6c6o - 31451

**6.  Assignments and Receiverships**

None
☒
    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☒
    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
☒
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
☒
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver 3.9.0-686 - 31434

**9.    Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
    for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
    bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| H. Frank Allen, Attorney at Law PO Box 1258 Tarboro, NC 27886 | May 2005 | $400.00 (Includes $194.00 filing fee) |

**10.    Other transfers**

None    List all other property, other than property transferred in the ordinary course of the business or financial affairs
    of the debtor, transferred either absolutely or as security within one year immediately preceding the
    commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
    either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
    is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.    Closed financial accounts**

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
    were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this
    case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares
    and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and
    other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
    concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless
    the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
⊠

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
⊠

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
⊠

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
⊠

a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None

[X]

NAME                                                        ADDRESS

## [Questions 19 - 25 are not applicable to this case]

\*   \*   \*   \*   \*   \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    05/10/2005                    Signature
                                      of Debtor        ARTHUR KENNETH HARDEE

Date    05/10/2005                    Signature
                                      of Joint Debtor  MARY FRANCES JOYNER HARDEE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                               (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X

Signature of Bankruptcy Petition Preparer                     Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

____0____  continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Eastern District of North Carolina

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re _____          Case No. _____

                        Debtor                                                    (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 60,000.00 | | |
| B - Personal Property | YES | 3 | $ 20,430.00 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 23,585.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 100.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 63,268.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,836.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,436.00 |
| Total Number of Sheets in ALL Schedules ▸ | | 22 | | | |
| Total Assets ▸ | | | 80,430.00 | | |
| Total Liabilities ▸ | | | | 86,953.00 | |

AMOUNTS SCHEDULED

Bankruptcy 2005 ©1991-2005, New Hope Software, Inc. ver. 4.0.0.6 - 31531

FORM B6A
(6/90)

In re Arthur Kenneth Hardee & Mary Frances Joyner Hardee                Case No. _____
                        Debtor                                                    (if known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| House & lot<br>Purchase Price: Inherited<br>Purchase Date:2004<br>Tax Value:$59,420.00<br><br>947 Trueblood Rd<br>Halifax, NC 27839 | deed | H | 60,000.00 | None |
| | | Total ▶ | 60,000.00 | |

(Report also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.16.6 - 31511

FORM B6B
(10/89)

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re _____                    Case No. _____

　　　　　　　　　　　　　　Debtor                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.　Cash on hand. | X | | | |
| 2.　Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.　Security deposits with public utilities, telephone companies, landlords, and others. | | Checking account Wachovia in Wilson | J | 25.00 |
| 4.　Household goods and furnishings, including audio, video, and computer equipment. | | Household goods | J | 1,700.00 |
| 5.　Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.　Wearing apparel. | | Clothing | H | 100.00 |
| | | Clothing | W | 200.00 |
| 7.　Furs and jewelry. | | Misc items of jewelry | W | 5.00 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver 3.9.0.636 - 31511

FORM B6B
(10/89)

In re   Arthur Kenneth Hardee & Mary Frances Joyner Hardee                    Case No. _____
                                        Debtor                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Through employer (No CSV) | H | 0.00 |
| | | Through employer (No CSV) | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Stocks with BB&T | H | 500.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver 3.9.6c6b - 31511

FORM B6B
(10/89)

In re Arthur Kenneth Hardee & Mary Frances Joyner Hardee _____   Case No. _____
                            Debtor                                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Ford F150 (150,000 miles)Vin;1FTZX18W4WNB63957 | H | 9,000.00 |
| | | 1998 Jeep Sport (112,000 miles)Vin:1V4FV68SWL175258 | J | 6,900.00 |
| 24. Boats, motors, and accessories. | | 2001Kawasaki Motorcycle (5,000)Vin:JKAENVC161A168272 | H | 2,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver. 3.9.0c6a - 11511

0
___ continuation sheets attached

Total ▶ | $ | 20,430.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)

```
                                           Local  Rul
                                           M55/2393

                 UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA


IN RE:Arthur Kenneth Hardee
      Mary Frances Joyner Hardee


              SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

      We Arthur Kenneth & Mary Frances Joyner Hardee claim the following
property as exempt pursuant  to  11 USC Section 522(b)(2)(A) and (B) and
the laws of the state of North  Carolina, and nonbankruptcy Federal Law:

1.   NCGS 1C-1601-(a)(1)  (NC Const., Article X, Section 2) REAL  OR
PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT
DESCRIPTION      FMV         LIEN-HOLDER      LIEN      NET
House & lot    $60,000.00                             $60.000.00
                                   (Debtor Claims $20,000.00)
2.   NCGS 1C-1601(a)(3)  MOTOR VEHICLE
MODEL               FMV      LIEN-HOLDER      LIEN      NET
1998 Ford F150   $9,000.00   Ford Motor Credit $10,000.00  0.00
1998 Jeep Sport  $6,900.00   Car Max          $ 6,000.00 $900.00
2001 Kawasaki    $2,000.00                             $2,000.00
Motorcycle                        (Debtors claim $1,500.00 each)


3.    NCGS  1C-1601(a)(4)(NC  Const.,  Article  X,  Section  1)
PERSONAL  OR HOUSEHOLD GOODS.  The number of dependents is ____1____

DESCRIPTION           FMV   LIEN-HOLDER       LIEN       NET
CLOTHING/PERSONAL  $ 300.00
KITCHEN APPLIANCES   100.00
STOVE                100.00
REFRIGERATOR         100.00
FREEZER               75.00
WASHER                35.00
DRYER                 25.00
CHINA
SILVER
JEWELRY                5.00
LIVING ROOM FURN     150.00
DEN FURN
BEDROOM FURN.        275.00
DINING ROOM FURN.    125.00
LAWN FURN.            25.00
TV                    45.00
STEREO/RADIO          45.00
VCR/VIDEO CAMERA      25.00
MUSICAL INSTRU.      350.00
PIANO/ORGAN
AIR CONDITIONER       25.00
PAINTINGS/ART
LAWN MOWER            60.00
YARD TOOLS            40.00
CROPS
RECREATIONAL EQUIP.  100.00
        Total $   2,005.00
```

4.    NCGS 1C-1601(a)(5)  TOOLS OF TRADE

DESCRIPTION        FMV           LIENHOLDER        LIEN        NET

5.    NCGS 1C-1601(a)(6)   LIFE INSURANCE  (NC Const., Article x, sec 5)

| DESCRIPTION | INSURED | NUMBER | BENEFICIARY | CSV |
|---|---|---|---|---|
| Through employer | Debtor | | Spouse | 0.00 |
| Through employer | Debtor | | Spouse | 0.00 |

 6.    NCGS 1C-1601(a)(7)  PROFESSIONALLY PRESCRIBED HEALTH AIDS
(Debtor  or dependents, no limit on value)

7.    NCGS  1C-1601(a)(8)   COMPENSATION FOR PERSONAL INJURY OR  DEATH
OF  A  PERSON  UPON  WHOM  THE DEBTOR WAS DEPENDENT FOR  SUPPORT.
COMPENSATION  NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

8.    NCGS 1C-1601(a)(2)  ANY PROPERTY

| DESCRIPTION | FMV | LIENHOLDER | LIEN | NET |
|---|---|---|---|---|
| Bank account | | | | $25.00 |
| Stocks | | | | $500.00 |

9.    NCGS 1C-1601(a)(9)      IRA

10.    TENANCY BY THE ENTIRETY.

DESCRIPTION        FMV              LIENHOLDER        LIEN     NET

11.    NC PENSION FUND EXEMPTIONS

12.    OTHER EXEMPTIONS UNDER LAWS OF NC

13.    FEDERAL PENSION FUND EXEMPTIONS

14.    OTHER EXEMPTIONS UNDER NON-BANKRUPTCY FEDERAL LAW

15.    TANGIBLE PERSONAL PROPERTY PURCHASED WITHIN 90 DAYS:

16.    THE DEBTOR'S PROPERTY IS SUBJECT TO THE FOLLOWING LIENS:

None of the property listed in paragraph 15 has been included in this
claim of exemptions.
None  of  the  claims  listed in paragraph 16 is  subject  to  this
claim  of exemptions.

Form B6D
(12.03)

In re **Arthur Kenneth Hardee & Mary Frances Joyner Hardee**

**Debtor**

Case No. _____

**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1528287<br><br>Car Max<br>PO Box 440609<br>Kennesaw, GA 30160-9511 | | J | Security: 1998 Jeep Sport (LOP)<br>(Co Signed with Son)<br><br>VALUE $        6,900.00 | | | | 6,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Citifinancial<br>c/o Robert J. Bernhart Atty<br>5821 Fairview Rd Ste 550<br>Charlotte, NC 28209 | | H | Security: Judgment (LOP)<br><br>VALUE $        0.00 | | | | 7,585.00 | 7,585.00 |
| ACCOUNT NO. 00000029231131<br><br>Ford Motor Credit<br>PO Box 689007<br>Franklin, TN 37068-9007 | | H | Security: 1998 Ford F150 ( LOP)<br><br>VALUE $        9,000.00 | | | | 10,000.00 | 1,000.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

0    continuation sheets attached

Subtotal ▶
(Total of this page)     $    23,585.00

Total ▶
(Use only on last page)     $    23,585.00

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.6x36 - 31541

Form B6E
(04/04)

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re_____,          Case No._____
　　　　　　　　Debtor                                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐　**Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐　**Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐　**Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐　**Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐　**Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐　**Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑　**Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐　**Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ continuation sheets attached

Form B6E - Cont.
(04/04)

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re _____,   Case No. _____
                    **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Internal Revenue <br> Insolvency Support Serviecs <br> 320 Federal Pl. Rm.335 <br> Greensboro, NC 27401 | | J | | | | | 100.00 | 100.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ $ 100.00
(Total of this page)

Total ➤ $ 100.00
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.6x6x - 3151

Form B6F (12/03) Arthur Kenneth Hardee & Mary Frances Joyner
Hardee

In re _____,     Case No. _____
      **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7131199 NAGEZM<br><br>Belk Store<br>c/o Risk Managment<br>PO Box 105236<br>Atlanta. GA 30348 | | H | Consideration: Credit card debt | | | | 1,560.00 |
| ACCOUNT NO. 5291071425138896<br><br>Capital One<br>c/o Arrow Financial<br>5996 W. Touchy Ave.<br>Niles, IL 60714-4610 | | H | Consideration: Credit card debt | | | | 356.00 |
| ACCOUNT NO. T33541<br><br>Capital One<br>c/o Vicking Collection Services<br>PO Box 59207<br>Minneapolis, MN 55459-0207 | | H | Consideration: Credit card debt | | | | 4,134.00 |
| ACCOUNT NO. 4862362316681439<br><br>Capital One<br>PO Box 70884<br>Charlotte, NC 28272-0884 | | H | Consideration: Credit card debt | | | | 211.00 |

        9  continuation sheets attached

Subtotal ➤<br>(Total of this page)      | $ | 6,261.00 |

Total ➤<br>(Use only on last page)  | $ | |

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver 3.9.6cfb - 31531

Form B6F - C Arthur Kenneth Hardee & Mary Frances Joyner
(12/03)  Hardee

In re _____,      Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5291071667244444 <br><br> Capital One <br> PO Box 70884 <br> Charlotte, NC 28272-0884 | | H | Consideration: Credit card debt | | | | 508.00 |
| ACCOUNT NO.  2424 <br><br> Carolina Heart PA <br> c/o Parson Nat Collect <br> PO Box 497 <br> Snow Hill, NC 28580 | | H | Consideration: Medical Services | | | | 430.00 |
| ACCOUNT NO.  144205952 <br><br> Chadwicks <br> PO Box 659728 <br> San Antonio, TX 78265-9728 | | H | Consideration: Credit card debt | | | | 680.00 |
| ACCOUNT NO.  5491130313802464 <br><br> Citibank <br> c/o Risk Managment <br> PO Box 105391 <br> Atlanta, GA 30348-5391 | | H | Consideration: Credit card debt | | | | 6,555.00 |
| ACCOUNT NO.  5491130313802464 <br><br> Citibank <br> c/o United Recovery <br> PO Box 722910 <br> Houston, TX 77272-2910 | | H | Consideration: Credit card debt | | | | 6,420.00 |

Sheet no.  1  of  9  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  14,593.00
(Total of this page)

Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver 3.9 16 616 - 31311

Form B6F - Cont Arthur Kenneth Hardee & Mary Frances Joyner
(12/03) Hardee

In re _____,          Case No. _____
                         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2580 <br> Citicard <br> 4600 Houston Rd <br> Florence, KY 41042-0000 | | H | Consideration: Credit card debt | | | | 1,000.00 |
| ACCOUNT NO. <br> Citizens Bank <br> 480 Jefferson Blvd. <br> Warwick, RI 02886 | | H | | | | | 7,000.00 |
| ACCOUNT NO. 0044216418 <br> Coastal Data Services <br> 1402 Neuse Blvd <br> New Bern,NC 28560-4629 | | W | Consideration: Medical Services | | | | 52.00 |
| ACCOUNT NO. 692489 <br> Eastern Radiologist <br> c/o SCA <br> PO Box 876 <br> Greenville, NC 27835-0876 | | W | Consideration: Medical Services | | | | 299.00 |
| ACCOUNT NO. 5280567 <br> Eastern Radiologist Inc. <br> 9 Doctors Park <br> Greenville, NC 27834 | | H | Consideration: Medical Services | | | | 160.00 |

Sheet no. __2__ of __9__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 8,511.00
(Total of this page)
Total ▶ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver. 3.916606 - 31511

Form B6F - Cont. Arthur Kenneth Hardee & Mary Frances Joyner
(12/03)         Hardee

In re _____,          Case No. _____
                        **Debtor**                                          **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5316929<br>Eastern Radiologist Inc.<br>9 Doctors Park<br>Greenville, NC 27834 | | H | Consideration: Medical Services | | | | 5.00 |
| ACCOUNT NO.  5826626<br>Eastern Radiologist Inc.<br>9 Doctors Park<br>Greenville, NC 27834 | | W | Consideration: Medical Services | | | | 5.00 |
| ACCOUNT NO.  3121<br>Eastern Surgical & Wellness<br>2245 Stantonsburg Rd St A<br>Greenville, NC 27834-2868 | | W | Consideration: Medical Services | | | | 247.00 |
| ACCOUNT NO.  708635<br>ECU Physicians<br>PO Box 751069<br>Charlotte,NC 28275-1069 | | H | Consideration: Medical Services | | | | 20.00 |
| ACCOUNT NO.  9134216<br>ECU School of Medicine<br>c/o JL Walston<br>1530 N Gregson St<br>Durham NC 27701-1164 | | H | Consideration: Medical Services | | | | 1,520.00 |

Sheet no.  3  of  9  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $     1,797.00
(Total of this page)

Total ▶     $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc., ver. 4.9.6-616 - 31511

Form B6F - Cont.
(12/03)

Arthur Kenneth Hardee & Mary Frances Joyner
Hardee

In re _____,     Case No. _____
                          **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. GS032382<br>Greenville Pathology<br>c/o SCA<br>PO Box 2764<br>Rocky Mount, NC 27802 | | W | Consideration: Medical Services | | | | 63.00 |
| ACCOUNT NO. 4057<br>Halifax Internal Medicine<br>244D Smith Church Rd<br>Roanoke Rapids, NC 27870 | | H | Consideration: Medical Services | | | | 403.00 |
| ACCOUNT NO. 30367<br>Halifax X Ray<br>PO Box 249<br>Roanoke Rapids, NC 27870 | | H | Consideration: Medical Services | | | | 18.00 |
| ACCOUNT NO. EWN000051374930<br>Martin General<br>c/o First Collect<br>PO Box 7200<br>Sparks Glencoe, MD 21152-7200 | | H | Consideration: Medical Services | | | | 190.00 |
| ACCOUNT NO. 513749301<br>Martin General Hospital<br>3105 McCaskey Rd.<br>Williamston, NC 27892 | | H | Consideration: Medical Services | | | | 3,165.00 |

Sheet no. 4  of 9  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 3,839.00
(Total of this page)

Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re _____,         Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  EWN00005137493 Martin General Hospital c/o ECS OF NC Dept L 9095 Columbus, OH 43260-9095 | | H | Consideration: Medical Services | | | | 190.00 |
| ACCOUNT NO.  5115578 Martin General Hospital c/o Medical Revenue PO Box 8483 Gadsen, AL 35902 | | W | Consideration: Medical Services | | | | 205.00 |
| ACCOUNT NO.  5137493 Martin General Hospital PO Box 281683 Atlanta, GA 30384-1683 | | H | Consideration: Medical Services | | | | 572.00 |
| ACCOUNT NO.  5425780037476366 National Action PO Box 9027 Williamsville, NY 14231-9027 | | H | Consideration: Credit card debt | | | | 2,297.00 |
| ACCOUNT NO.  5440455012222553 Orchard Bank PO Box 80053 Salinas, CA 93912-0053 | | W | Consideration: Credit card debt | | | | 347.00 |

Sheet no. 5 of 9 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $   3,611.00
(Total of this page)

Total ▶   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver. 3.9.0-606 - 31511

Form B6F - C**Arthur Kenneth Hardee & Mary Frances Joyner**
(12.03)     Hardee

In re _____,          Case No. _____
          **Debtor**                                          **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5440455019746794 <br><br> Orchard Bank <br> PO Box 80053 <br> Salinas, CA 93912-0053 | | H | Consideration: Credit card debt | | | | 180.00 |
| ACCOUNT NO. 60516 <br><br> Orthopedic Assoc. <br> c/o Credit Financial Serv. <br> PO 451 <br> Durham NC 27702-0451 | | H | Consideration: Medical Services | | | | 492.00 |
| ACCOUNT NO. 5280567 <br><br> Pitt Co Annesthesia <br> 2080 B W. Arlington Blvd <br> Greenville, NC 27834 | | H | Consideration: Medical Services | | | | 6,985.00 |
| ACCOUNT NO. 182869 <br><br> Pitt County Anesthesia Assoc. <br> 2080 B. W Arlington Blvd <br> Greenville, NC 27834 | | W | Consideration: Medical Services | | | | 88.00 |
| ACCOUNT NO. 5275230 <br><br> Pitt County Memorial <br> c/o SCA <br> PO Box 876 <br> Greenville,NC 27835 | | H | Consideration: Medical Services | | | | 460.00 |

Sheet no. 6 of 9 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ (Total of this page)          $ 8,205.00

Total ▶          $ _____
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.6o6o - 31511

Form B6F - Cont. Arthur Kenneth Hardee & Mary Frances Joyner
(12 03) Hardee

In re _____,     Case No. _____
                    **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5280567<br><br>Pitt County Memorial<br>PO Box 8847<br>Greenville,NC 27835 | | H | Consideration: Medical Services | | | | 7,402.00 |
| ACCOUNT NO. 5307478<br><br>Pitt County Memorial<br>PO Box 8847<br>Greenville,NC 27835 | | H | Consideration: Medical Services | | | | 86.00 |
| ACCOUNT NO. 5316929<br><br>Pitt County Memorial<br>PO Box 8847<br>Greenville,NC 27835 | | H | Consideration: Medical Services | | | | 23.00 |
| ACCOUNT NO. 5826626<br><br>Pitt County Memorial<br>PO Box 8847<br>Greenville,NC 27835 | | W | Consideration: Medical Services | | | | 14.00 |
| ACCOUNT NO. SAH8537110<br><br>SE Acute Care<br>PO Box 34936 Dept 4230<br>Seattle, WA 98124-1936 | | H | Consideration: Medical Services | | | | 218.00 |

Sheet no. 7 of 9 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 7,743.00
(Total of this page)

Total ▶   $

(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver 3.9 (feb) b - 31511

Form B6F - Cont
(12/03)

Arthur Kenneth Hardee & Mary Frances Joyner
Hardee

In re _____,       Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1150079920445<br><br>Sears<br>PO Box 182149<br>Columbus, OH 43218-2149 | | W | Consideration: Credit card debt | | | | 1,529.00 |
| ACCOUNT NO. 140-733-501<br><br>Shell Credit Card<br>PO Box 9151<br>Des Moines, IA 50368-9151 | | H | Consideration: Credit card debt | | | | 747.00 |
| ACCOUNT NO. 2000143656<br><br>Surgi Center Service<br>PO Box 8389<br>Greenville, NC 27835-8389 | | W | Consideration: Medical Services | | | | 162.00 |
| ACCOUNT NO. 9223<br><br>Williamston Clinic Corp<br>330 Franklin Rd 135A392<br>Breentwood, TN 37027 | | H | Consideration: Medical Services | | | | 259.00 |
| ACCOUNT NO. 41908<br><br>Wilson Cardiology<br>PO Box 3209<br>Wilson,NC 27895 | | H | Consideration: Medical Services | | | | 1,098.00 |

Sheet no. __8__ of __9__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  | $ | 3,795.00
(Total of this page)
Total ➤  | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005 New Hope Software, Inc. ver. 3.9.0a-616 - 31541

Form B6F - Cont. Arthur Kenneth Hardee & Mary Frances Joyner
(12/03)                Hardee

In re _____,    Case No. _____
                          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. F0096176<br><br>Wilson Medical Ctr<br>1705 S. Tarboro St<br>Wilson, NC 27893 | | H | Consideration: Medical Services | | | | 4,683.00 |
| ACCOUNT NO. 2381756635<br><br>Wilson Medical Ctr.<br>1705 Tarboro St<br>Wilson, NC 27893-3428 | | W | Consideration: Medical Services | | | | 56.00 |
| ACCOUNT NO. 7914<br><br>Wilson OBGYN<br>c/o SCA<br>PO Box 2764<br>Rocky Mount,NC 27802 | | W | Consideration: Medical Services | | | | 138.00 |
| ACCOUNT NO. W1973701<br><br>Wilson Radiology<br>PO Box 7157<br>Wilson, NC 27895 | | H | Consideration: Medical Services | | | | 36.00 |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 4,913.00
(Total of this page)
Total ➤ | $ | 63,268.00
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. ver. 3.9.6e36 - 31511

FORM B6G
(10/89)

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re _____    Case No. _____
                          Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

FORM B6H
(6/90)

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re _____     Case No _____

                        Debtor                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Geoffrey A. Hardee<br>3rd St.<br>Weldon, NC 27910 | Car Max<br>PO Box 440609<br>Kennesaw, GA 30160-9511 |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver 3.9.0-636 - 31511

Form B6I
12/03

Arthur Kenneth Hardee & Mary Frances Joyner Hardee

In re _____ .          Case No. _____
                        Debtor                                              (if known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status:<br>Married | RELATIONSHIP<br>son | | AGE<br>13 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | CAA | Admin Asst. |
| Name of Employer | American General | Wilson County School |
| How long employed | 13 years | 28 years |
| Address of Employer | 1802 E. 10th Street | 117 NE Tarboro St |
| | Roanoke Rapids, NC 27870 | Wilson, NC 27894 |

**Income:** (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,656.00 | $ 2,750.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 2,656.00 | $ 2,750.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 560.00 | $ 431.00 |
| b. Insurance | $ 244.00 | $ 170.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify: (D)savings          (S)Man. Retirment ) | $ 160.00 | $ 165.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 964.00 | $ 766.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,692.00 | $ 1,984.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) __(D)savings_____ | $ 160.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,852.00 | $ 1,984.00 |

TOTAL COMBINED MONTHLY INCOME          $ 3,836.00          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005 New Hope Software, Inc. ver 3.9.6x6x - 31151

FORM B6J
(6/90)

In re ___Arthur Kenneth Hardee & Mary Frances Joyner Hardee___,     Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?        Yes _____   No __✓__ | | |
| Is property insurance included?        Yes _____   No __✓__ | | |
| Utilities   Electricity and heating fuel | $ | 300.00 |
|             Water and sewer | $ | 40.00 |
|             Telephone | $ | 200.00 |
|             Other _____ | $ | 119.00 |
| Home maintenance (Repairs and upkeep) | $ | 100.00 |
| Food | $ | 600.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 500.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|             Homeowner's or renter's | $ | 55.00 |
|             Life | $ | 0.00 |
|             Health | $ | 0.00 |
|             Auto | $ | 157.00 |
|             Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 65.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|             Auto | $ | 0.00 |
|             Other _____ | $ | 0.00 |
|             Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,436.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | 3,836.00 |
| B.  Total projected monthly expenses | $ | 2,436.00 |
| C.  Excess income (A minus B) | $ | 1,400.00 |
| D.  Total amount to be paid into plan each _____  monthly | $ | 1,400.00 |
|                                            (interval) | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver 3.9.6-636 - 11541

Official Form 6-Cont
(12 03)

In re Arthur Kenneth Hardee & Mary Frances Joyner Hardee
_____,     Case No. _____
                    Debtor                                                  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____23_____ sheets and that they are true and correct to the best of my knowledge, information and belief. (Total shown on summary page plus 1)

Date  05/10/2005                              Signature _____
                                                                        Debtor

Date  05/10/2005                              Signature _____
                                                                   (Joint Debtor, if any)

[If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER** (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                    (Required by 11 U.S.C. § 110(c).)

_____

Address
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
Signature of Bankruptcy Petition Preparer                                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110, 18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Bankruptcy 2005 ©1991-2005, New Hope Software, Inc. ver 3.9.0-636 - 31511

B203
12 94

# United States Bankruptcy Court
Eastern District of North Carolina

In re  Arthur Kenneth Hardee & Mary Frances Joyner Hardee

Case No. _____

Chapter _____13_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ............................................................ $ __1,600.00__

Prior to the filing of this statement I have received ...................................................... $ ____206.00__

Balance Due ................................................................................................................... $ __1,394.00__

2.  The source of compensation paid to me was:

☑ Debtor      ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☐ Debtor      ☑ Other (specify)  Chapter 13 Trustee

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

05/10/2005
_____
Date

_____
Signature of Attorney

H. Frank Allen, Attorney at Law
_____
Name of law firm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA


In the matter of: Arthur Kenneth Hardee    M55/2393
Mary Frances Joyner Hardee



CHAPTER 13 PLAN


1.  The future earnings of the debtor are submitted to the
control of the court and debtor shall pay to the trustee
 $1,400.00 monthly for 57  months.

2.  From the payments so received, the trustee shall make
disbursements as follows:

a.  priority creditors as required by Section 507 of the
Bankruptcy Code in deferred cash payments.
b.  secured creditors whose claims are non-avoidable and
duly filed and allowed if determined to be secured by the
trustee. Avoidable secured creditors are to be treated as
unsecured until status of their lien can be determined.
c.  unsecured creditors if they file a claim.
d.  creditors outside the plan are to be paid in accordance
with their contracts.

3.  The following shows creditors dealt with by the plan and
their classification.

Creditor Name          Debt                    Security


PRIORITY CREDITORS
Internal Revenue       $100.00                 Taxes

SECURED CREDITORS
Citizens Bank          $7,500.00         Judgment (LOP)
Ford Motor Credit      $10,000.00    1998 Ford F150 (LOP)
Car Max                $ 6,000.00    1998 Jeep Sport (LOP)
SECURED CREDITORS(AVOIDABLE)


CREDTIORS OUTSIDE THE PLAN

```
             UNITED STATES BANKRUPTCY COURT
            EASTERN DISTRICT OF NORTH CAROLINA


In The matter of: Arthur Kenneth Hardee   M55/2393
                  Mary Frances Joyner Hardee


        NOTICE OF FILING UNDER THE BANKRUPTCY CODE
```

The above captioned debtor has filed a proceeding under the bankruptcy code.  You should not contact the debtor further.  The court will provide further information in the near future.

                                                                        H. FRANK ALLEN, ATTORNEY AT LAW


                                                 s/ H. Frank Allen_____
                                                 H. Frank Allen, Attorney at Law
                                                 PO Box 1258
                                                 Tarboro, NC 27886
                                                 (252) 641-1800

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In the matter of: Arthur Kenneth Hardee   M55/2393
                  Mary Frances Joyner Hardee


PETITION FOR ALLOWANCE OF ATTORNEY'S FEE


The undersigned being attorney for the above named
respectfully represents:

(1)  your petitioned has prepared, caused to be
acknowledged and filed the necessary schedules and
statements of affairs and attended the first meeting of
creditors and has undertaken to counsel with and advise the
debtor in matters necessary to the efficient administration
of the debtors plan.

(2) that the reasonable value of such service is
$1600.00 and your petitioner has received from the debtor
$206.00.

Wherefore your petitioner prays that an allowance be
made for reasonable attorney's fees for professional
services rendered by your petitioner in this proceeding.


H FRANK ALLEN


H Frank Allen
PO Box 1258
Tarboro, NC 27886-1258
(252) 641-1800

# UNITED STATES BANKRUPTCY COURT

Eastern District of North Carolina

In re:

**Arthur Kenneth Hardee & Mary Frances Joyner Hardee**

Case No.

Chapter 13

Debtor(s)

## CERTIFICATION OF MAILING MATRIX

The undersigned states he has read the mailing matrix and it is true and correct to the best of his information and belief.

_____

H. Frank Allen

H. Frank Allen, Attorney at Law
H. Frank Allen, Attorney at Law
PO Box 1258
Tarboro, NC 27886
252-641-1800

Belk Store
c/o Risk Managment
PO Box 105236
Atlanta. GA 30348

Capital One
c/o Arrow Financial
5996 W. Touchy Ave.
Niles, IL 60714-4610

Capital One
c/o Vicking Collection
Services
PO Box 59207
Minneapolis, MN 55459-0207

Capital One
PO Box 70884
Charlotte, NC 28272-0884

Capital One
PO Box 70884
Charlotte, NC 28272-0884

Car Max
PO Box 440609
Kennesaw, GA 30160-9511

Carolina Heart PA
c/o Parson Nat Collect
PO Box 497
Snow Hill, NC 28580

Chadwicks
PO Box 659728
San Antonio, TX 78265-9728

Citibank
c/o Risk Managment
PO Box 105391
Atlanta, GA 30348-5391

Citibank
c/o United Recovery
PO Box 722910
Houston, TX 77272-2910

Citicard
4600 Houston Rd
Florence, KY 41042-0000

Citifinancial
c/o Robert J. Bernhart Atty
5821 Fairview Rd Ste 550
Charlotte, NC 28209

Citizens Bank
480 Jefferson Blvd.
Warwick, RI 02886

Coastal Data Services
1402 Neuse Blvd
New Bern,NC 28560-4629

Eastern Radiologist
c/o SCA
PO Box 876
Greenville, NC 27835-0876

Eastern Radiologist Inc.
9 Doctors Park
Greenville, NC 27834

Eastern Radiologist Inc.
9 Doctors Park
Greenville, NC 27834

Eastern Radiologist Inc.
9 Doctors Park
Greenville, NC 27834

Eastern Surgical & Wellness
2245 Stantonsburg Rd St A
Greenville, NC 27834-2868

ECU Physicians
PO Box 751069
Charlotte,NC 28275-1069

ECU School of Medicine
c/o JL Walston
1530 N Gregson St
Durham NC 27701-1164

Ford Motor Credit
PO Box 689007
Franklin, TN 37068-9007

Greenville Pathology
c/o SCA
PO Box 2764
Rocky Mount,NC 27802

Halifax Internal Medicine
244D Smith Church Rd
Roanoke Rapids, NC 27870

Halifax X Ray
PO Box 249
Roanoke Rapids, NC 27870

Internal Revenue
Insolvency Support Serviecs
320 Federal Pl. Rm.335
Greensboro, NC 27401

Martin General
c/o First Collect
PO Box 7200
Sparks Glencoe, MD 21152-7200

Martin General Hospital
3105 McCaskey Rd.
Williamston, NC 27892

Martin General Hospital
c/o ECS OF NC
Dept L 9095
Columbus, OH 43260-9095

Martin General Hospital
c/o Medical Revenue
PO Box 8483
Gadsen, AL 35902

Martin General Hospital
PO Box 281683
Atlanta, GA 30384-1683

National Action
PO Box 9027
Williamsville, NY 14231-9027

Orchard Bank
PO Box 80053
Salinas, CA 93912-0053

Orchard Bank
PO Box 80053
Salinas, CA 93912-0053

Orthopedic Assoc.
c/o Credit Financial Serv.
PO 451
Durham NC 27702-0451

Pitt Co Annesthesia
2080 B W. Arlington Blvd
Greenville, NC 27834

Pitt County Anesthesia Assoc.
2080 B. W Arlington Blvd
Greenville, NC 27834

Pitt County Memorial
c/o SCA
PO Box 876
Greenville,NC 27835

Pitt County Memorial
PO Box 8847
Greenville,NC 27835

Pitt County Memorial
PO Box 8847
Greenville,NC 27835

Pitt County Memorial
PO Box 8847
Greenville,NC 27835

Pitt County Memorial
PO Box 8847
Greenville,NC 27835

SE Acute Care
PO Box 34936 Dept 4230
Seattle, WA 98124-1936

Sears
PO Box 182149
Columbus, OH 43218-2149

Shell Credit Card
PO Box 9151
Des Moines, IA
50368-9151

Surgi Center Service
PO Box 8389
Greenville, NC 27835-8389

Williamston Clinic Corp
330 Franklin Rd 135A392
Breentwood, TN 37027

Wilson Cardiology
PO Box 3209
Wilson,NC 27895

Wilson Medical Ctr
1705 S. Tarboro St
Wilson, NC 27893

Wilson Medical Ctr.
1705 Tarboro St
Wilson, NC 27893-3428

Wilson OBGYN
c/o SCA
PO Box 2764
Rocky Mount,NC 27802

Wilson Radiology
PO Box 7157
Wilson, NC 27895