# United States Bankruptcy Court

For The

EASTERN DISTRICT OF NORTH CAROLINA

ARTHUR KENNETH & MARY FRANCES JOYNER HARD  
947 TRUEBLOOD ROAD  
HALIFAX, NC 27839

Case No.: 05-03778-8-RDD  
SS #1: XXX-XX-4921  
SS #2: XXX-XX-6635

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 05 | 10 | 05 |
| The Plan was confirmed on | 07 | 13 | 05 |
| The Case was concluded on | 07 | 02 | 08 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 51,169.23

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| CARMAX AUTO FINANCE | 006 | Secured | 6,019.81 | 6,019.81 | 283.19 | 0.00 |
| CITIFINANCIAL | 009 | Secured | 7,118.67 | 7,118.67 | 752.57 | 0.00 |
| FORD MOTOR CREDIT | 023 | Secured | 7,850.00 | 7,850.00 | 369.37 | 0.00 |
| INTERNAL REVENUE SERVICE | 027 | Priority | 507.08 | 507.08 | 0.00 | 0.00 |
| BELK | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE BANK | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE BANK | 005 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAROLINA EAST ALLERGY | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHADWICKS | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CITIBANK | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SERVICE | 012 | Unsecured | 1,605.83 | 1,605.83 | 0.00 | 0.00 |
| CITIZENS AUTO FINANCE | 013 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| COASTAL DATA SERVICE | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN CAROLINA ENT | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN RADIOLOGISTS | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN RADIOLOGISTS | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN RADIOLOGISTS | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| EASTERN CAROLINA FOOT AND | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECU PHYSICIANS | 020 | Unsecured | 1,520.00 | 1,520.00 | 0.00 | 0.00 |
| ECU SCHOOL OF MEDICINE | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| GREENVILLE PATHOLOGY | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HALIFAX NORTHAMPTON INTER | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HALIFAX X-RAY ASSOC | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST COLLECT INC | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MARTIN GENERAL HOSPITAL | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MARTIN GENERAL HOSPITAL | 029 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MARTIN GENERAL HOSPITAL | 030 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MARTIN GENERAL HOSPITAL | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NATIONAL ACTION FINANCIAL | 033 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECAST SETTLEMENT CORPORAT | 034 | Unsecured | 410.91 | 410.91 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORAT | 035 | Unsecured | 133.07 | 133.07 | 0.00 | 0.00 |
| NASH ORTHOPEDIC | 032 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PITT COUNTY ANESTHESIA | 036 | Unsecured | 1,590.26 | 1,590.26 | 0.00 | 0.00 |
| PITT COUNTY ANESTHESIA | 037 | Unsecured | 87.91 | 87.91 | 0.00 | 0.00 |
| PITT COUNTY MEMORIAL HOSP | 042 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court

For The

EASTERN DISTRICT OF NORTH CAROLINA

ARTHUR KENNETH & MARY FRANCES JOYNER HARD  
947 TRUEBLOOD ROAD  
HALIFAX, NC 27839

Case No.: 05-03778-8-RDD  
SS #1: XXX-XX-4921  
SS #2: XXX-XX-6635

## FINAL REPORT AND ACCOUNT

This case was commenced on: MO. 05 DAY 10 YR. 05

The Plan was confirmed on: MO. 07 DAY 13 YR. 05

The Case was concluded on: MO. 07 DAY 02 YR. 08

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.          $       51,169.23

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| PITT COUNTY MEMORIAL HOSP | 038 | Unsecured | 8,180.94 | 8,180.94 | 0.00 | 0.00 |
| PITT COUNTY MEMORIAL HOSP | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PITT COUNTY MEMORIAL HOSP | 040 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PITT COUNTY MEMORIAL HOSP | 041 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SE ACUTE CARE | 043 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS | 044 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SERVICE | 045 | Unsecured | 791.53 | 791.53 | 0.00 | 0.00 |
| SURGICENTER SERVICES OF P | 047 | Unsecured | 161.54 | 161.54 | 0.00 | 0.00 |
| WILLIAMSTON CLINIC CORP. | 048 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILSON CARDIOLOGY | 049 | Unsecured | 1,097.90 | 1,097.90 | 0.00 | 0.00 |
| WILSON MEMORIAL HOSPITAL | 050 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILSON MEMORIAL HOSPITAL | 051 | Unsecured | 157.09 | 157.09 | 0.00 | 0.00 |
| SOUTHERN CREDIT ADJUSTERS | 046 | Unsecured | 421.41 | 421.41 | 0.00 | 0.00 |
| WILSON RADIOLOGY | 052 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FORD MOTOR CREDIT | 023 | Unsecured | 1,437.17 | 1,437.17 | 0.00 | 0.00 |
| FORD MOTOR CREDIT | 053 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PAMELA KEENAN | 054 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SERVICE | 055 | Unsecured | 6,190.15 | 6,190.15 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 027 | Unsecured | 102.93 | 102.93 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The

EASTERN DISTRICT OF NORTH CAROLINA

ARTHUR KENNETH & MARY FRANCES JOYNER HARI  
947 TRUEBLOOD ROAD  
HALIFAX, NC 27839

Case No.: 05-03778-8-RDD  
SS #1: XXX-XX-4921  
SS #2: XXX-XX-6635

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. 05 | DAY 10 | YR. 05 | | The Plan was confirmed on | MO. 07 | DAY 13 | YR. 05 | | The Case was concluded on | MO. 07 | DAY 02 | YR. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.        $   51,169.23

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ARTHUR KENNETH & MARY FRA | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 20,988.48 | 507.08 | 23,888.64 | 0.00 | 0.00 | 45,384.20 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 20,988.48 | 507.08 | 23,888.64 | 0.00 | 0.00 | 45,384.20 | |
| INTEREST PAID | 1,405.13 | 0.00 | 0.00 | 0.00 | 0.00 | 1,405.13 | 46,789.33 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| H FRANK ALLEN | 1,394.00 | 1,394.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 1,492.96 | 1,492.94 | 0.00 | 2,985.90 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Robert R. Browning  
P.O. Box 8248  
Greenville, NC  27834